IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIS JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant. | CIVIL ACTION FILE NO: |

## NOTICE OF REMOVAL

Defendant JPMorgan Chase Bank, N.A. ("Chase"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and with full reservation of all defenses, hereby gives notice of the removal of this action from the Magistrate Court of Fulton County, Georgia, to this Court. In support of this Notice of Removal, Chase states:

**I. Background**

1. On April 9, 2018, Plaintiff Willis Johnson filed this lawsuit in the Magistrate Court of Fulton County, Georgia, with the above caption and under civil action file number 18-MS-103210.

2. Plaintiff filed an Amended Complaint on May 11, 2018—before Chase's time for responding to the original Complaint had run.

3. Plaintiff seeks monetary damages and injunctive relief for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

## II. Basis for Jurisdiction

4. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331 and 1367. This action could have been filed originally in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's action alleges violations of the TCPA and, accordingly, the action arises under the laws of the United States.

## III. Pleadings and Process

5. As required by 28 U.S.C. § 1446(a), Chase has attached to this Notice of Removal copies of all state court process and pleadings served on Chase. *See* **Exhibit 1**.

## IV. Notice Given

6. Contemporaneously with the filing of this Notice of Removal, Chase is giving Plaintiff written notice of the filing, and a copy of the Notice of Removal will be promptly filed with the Clerk of the Magistrate Court of Fulton County, Georgia, pursuant to 28 U.S.C. § 1446(d). A copy of Chase's "Notice of Filing of Removal to Federal Court" is attached as **Exhibit 2**.

7. Pursuant to 28 U.S.C. § 1446(d), filing a copy of this Notice of Removal with the Clerk of the Magistrate Court of Fulton County, Georgia, serves to stop the state action from proceeding any further.

## V. Removal is Timely Filed

8. Chase was served with the Summons and Complaint on April 12, 2018.

9. This Notice has been timely filed within thirty days of service of the Summons and Complaint upon Chase, as allowed by 28 U.S.C. § 1446(b).[1]

## VI. Venue

10. Venue in this district is proper pursuant to 28 U.S.C. § 1446(a) because this action is currently pending in the Magistrate Court of Fulton County, Georgia, which is included in the Northern District of Georgia.

## VII. Non-Waiver of Defenses

11. Nothing in this Notice shall be interpreted as a waiver or relinquishment of Chase's right to assert any defense or affirmative matter including, without limitation, a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

---

[1] Plaintiff has agreed to a 45-day extension of time for Chase to respond to the Complaint. Accordingly, Chase is filing the Consent Motion for Extension of Time, attached as **Exhibit 3** hereto, contemporaneously with the filing of this Notice or as soon thereafter as Chase is able to submit additional filings via the Court's ECF system.

## VIII. Payment of Fees and Signature Pursuant to Rule 11

12. Payment of any appropriate fees and costs for removal and docketing of this matter in federal court has been tendered with this Notice.

13. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**ACCORDINGLY,** this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and Chase hereby removes this action from the Magistrate Court of Fulton County, Georgia, to this Court.

Respectfully submitted this 14th day of May, 2018.

McGuireWoods LLP

 */s/ Keisha O. Coleman*
Cheryl L. Haas (GA Bar 316081)
Keisha O. Coleman (GA Bar 844720)
1230 Peachtree Street NE, Suite 2100
Atlanta, Georgia 30309
Tele: (404) 443-5500
Fax: (404) 443-5599
chaas@mcguirewoods.com
kcoleman@mcguirewoods.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was caused to be served upon Plaintiff by electronic mail and by overnight delivery, addressed as follows:

Willis Johnson
2428 Hillvale Circle
Lithonia, GA 30348

 */s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)

102346616_2